UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ROYCE STOLZ, II,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY, et al.,<br><br>Defendants. | No. 2:18-cv-1923-KJM-KJN<br><br><br><br>ORDER |

An informal telephonic discovery conference was held on November 16, 2018, at 9:30 a.m., before the undersigned. Appearing telephonically were Jeremey L. Ross on behalf of plaintiff and Edward P. Murphy on behalf of defendant Travelers Commercial Insurance Company ("Travelers"). After considering the parties' joint letter brief (ECF No. 10) and oral arguments during the conference, IT IS HEREBY ORDERED that:

1. Absent a joint agreement of the parties, Travelers shall conduct two inspections of plaintiff's residence as follows:
    a. On November 29, 2018, at 12:00 p.m., Travelers shall conduct an environmental site inspection to determine the safety of further inspection of the subject property.
    b. On January 8, 2019, at 9:30 a.m., Travelers shall conduct a formal site inspection of the subject property.

      c. These inspections will go forward as ordered whether or not plaintiff is able to personally attend.

      d. However, in the spirit of cooperation, the parties shall jointly adjust the times or dates of these inspections by a few hours or a couple of days in order to accommodate the schedules of those necessarily involved, if such need arises.

IT IS SO ORDERED.

Dated: November 19, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE