UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ROYCE STOLZ, II,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY, et al.,<br><br>Defendants. | No. 2:18-cv-1923-KJM-KJN<br><br><br><br>ORDER |

On December 6, 2018, the court conducted a hearing on defendant Travelers Commercial Insurance Company's ex parte application for an order to compel a site inspection and request for sanctions. (ECF No. 15.) At the hearing, attorney Jeremy Ross appeared telephonically on behalf of plaintiff, and attorney Edward Murphy appeared in person on behalf of defendant Travelers. After carefully considering the written briefing (ECF Nos. 15, 19) and oral argument, and for the reasons stated on the record at the hearing, IT IS HEREBY ORDERED that:

1. Defendant Travelers' ex parte application (ECF No. 15) is GRANTED IN PART on the terms outlined in this order.
2. Travelers shall be permitted to conduct an environmental site inspection to determine the safety of further inspection of the subject property on December 12, 2018, at 12:00 p.m.

3. Travelers shall be permitted to conduct a formal site inspection of the subject property on January 8, 2019, at 9:30 a.m, as previously ordered.

4. Those inspections will go forward as ordered whether or not plaintiff is able to personally attend. If plaintiff is unable to personally attend the inspections, he shall make appropriate arrangements to ensure that Travelers has the necessary access to conduct the inspections at the above-mentioned dates and times (i.e. someone to unlock the home and turn off the alarm).

5. In the spirit of cooperation, the parties may jointly adjust the times or dates of these inspections by a few hours or a couple of days in order to accommodate the schedules of those necessarily involved, if such need arises. However, absent mutual agreement, the inspections shall go forward on the specific dates ordered.

6. Plaintiff, as the client, is personally sanctioned in the amount of $1,000.00 for his failure to make the subject property available for the initial environmental site inspection that the court previously ordered to take place on November 29, 2018, at 12:00 p.m. The sanction shall be paid to Travelers' counsel within fourteen (14) days of this order.

7. Plaintiff is cautioned that failure to pay the ordered monetary sanctions, failure to make the subject property available for inspection as outlined above, and/or failure to otherwise comply with the terms of this order may result in additional sanctions, including a potential recommendation that this action be dismissed for failure to comply with court orders.

Dated: December 7, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE