UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ROYCE STOLZ, II, | Case No. 2:18-cv-1923 KJM KJN |
| Plaintiff, | |
| v. | ORDER |
| TRAVELERS COMMERCIAL INSURANCE COMPANY, et al., | |
| Defendants. | |

      The court has reviewed Mr. Ross's response to the court's December 14, 2018 order to show cause.  ECF No. 25 (OSC); ECF No. 27 (Response).  For good cause shown, the order to show cause is DISCHARGED.

      IT IS SO ORDERED.

DATED:  January 9, 2019.

_____
UNITED STATES DISTRICT JUDGE

1