UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ROYCE STOLZ, II,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS COMMERCIAL<br>INSURANCE COMPANY, et al.<br><br>Defendants. | No. 2:18-cv-1923-KJM-KJN<br><br><br><br>ORDER |

On January 10, 2019, the court conducted a hearing with respect to Travelers' motion to compel further responses to Travelers' interrogatories and requests for production of documents. (ECF No. 22.) At the hearing, attorney Jeremy Ross appeared on behalf of plaintiff, and attorney Edward Murphy appeared on behalf of Travelers. After carefully considering the parties' written briefing and oral argument, and for the reasons stated on the record at the hearing, IT IS HEREBY ORDERED that:

1. Within seven (7) days of this order, plaintiff's counsel shall meet with his client, Mr. Stolz, to clarify the scope of plaintiff's claims and requested damages, including but not limited to, whether plaintiff claims that the subject property is his primary residence and whether he claims any loss of use damages following the incident at issue.

1

2. After such clarification from Mr. Stolz, plaintiff's counsel shall contact Travelers' counsel on January 17, 2019, at 10:00 a.m., to further meet and confer regarding the scope of plaintiff's claims and requested damages, and whether Travelers' written discovery requests can be narrowed in light of such clarification and meet-and-confer efforts.

3. Except as to interrogatories and requests for production which the parties agree may be withdrawn in light of such meet-and-confer efforts, plaintiff shall serve supplemental responses to Travelers' interrogatories and requests for production of documents no later than February 7, 2019, unless a different date is stipulated to by the parties. Importantly, responses shall <u>specifically indicate for each request</u> whether (a) all responsive documents or information in plaintiff's possession, custody, or control are produced (accompanied by the production of such documents or information); (b) no responsive documents or information exist in plaintiff's possession, custody, or control; and/or (c) whether any documents or information are being withheld (in which case the responses shall be accompanied by a proper privilege log).

4. Plaintiff shall pay Travelers $1,840.00 in monetary sanctions for plaintiff's conduct that necessitated Travelers' motion, as articulated on the record.

5. Plaintiff is cautioned that future failure to comply with his discovery obligations and court orders may result in the imposition of increased sanctions, including potential dismissal of the action with prejudice.

IT IS SO ORDERED. This order resolves ECF No. 22.

Dated: January 11, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE