1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    EDWARD ROYCE STOLZ, II,                    No. 2:18-cv-1923-KJM-KJN

12              Plaintiff,

13        v.                                     ORDER

14    TRAVELERS COMMERCIAL
      INSURANCE COMPANY, et al.
15

16              Defendants.

17

18            On January 22, 2019, the court conducted an informal telephonic discovery conference in

19    this matter.  Attorney Jeremy Ross appeared on behalf of plaintiff, and attorney Edward Murphy

20    appeared on behalf of defendant.  For the reasons discussed with the parties at the conference, IT

21    IS HEREBY ORDERED that:

22            1.   In light of plaintiff's counsel's motion to withdraw pending before Judge Mueller

23                 (ECF No. 44), the February 4, 2019 evidentiary hearing and all associated briefing

24                 deadlines outlined in ECF No. 42 are VACATED, subject to rescheduling as outlined

25                 below.

26            2.   In light of plaintiff's counsel's motion to withdraw, all discovery (including the

27                 January 28, 2019 formal site inspection; the January 24, 2019 deposition of third party

28                 Debby Naiman; and the supplemental written discovery responses due February 7,

                                                    1

2019 as outlined in ECF No. 43) is STAYED, subject to rescheduling as outlined below. However, because the $1,840.00 in monetary sanctions ordered in ECF No. 43 are jointly payable by plaintiff and plaintiff's present counsel, and were based in significant part on plaintiff's counsel's conduct, payment of such sanctions is not stayed and shall be made to Travelers within seven (7) days of this order.

3. Within fourteen (14) days of either (a) resolution of plaintiff's counsel's motion to withdraw OR (b) in the event the motion is granted, expiration of the time period provided by Judge Mueller for plaintiff to obtain new counsel, whichever is later, plaintiff (whether proceeding through new counsel or without counsel) and defendant shall file a joint status report proposing new deadlines for:

(1) The formal site inspection,

(2) The deposition of third party Debby Naiman,

(3) Supplemental written discovery responses as outline in ECF No. 43, and

(4) An evidentiary hearing on the issues raised by ECF No. 42, along with suggested briefing deadlines.

After review of that joint status report, the court will issue an order setting new deadlines.[1]

4. The Clerk of Court shall serve a copy of this order on counsel for third party Debby Naiman, John Sargetis, at the address and e-mail address provided in ECF No. 32.

IT IS SO ORDERED.

Dated: January 23, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The court will also consider a reasonable stipulation or request to extend case scheduling deadlines, if warranted, based on any delay necessitated by the pending motion to withdraw.

2