UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ROYCE STOLZ, II,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY, et al.<br><br>Defendants. | No. 2:18-cv-1923-KJM-KJN (PS)<br><br><br><br>ORDER |

On April 18, 2019, the court conducted a status conference, now that plaintiff proceeds without counsel.[1] The parties provided the court with a joint status report. (ECF No. 60.) At the hearing, plaintiff Edward Stolz, II appeared on his own behalf, attorney Edward Murphy appeared on behalf of Travelers, and attorney John Sargetis appeared on behalf of third party Debby Naiman. (ECF No. 62.)

Pursuant to the parties' agreement, and for the reasons stated on the record at the hearing, IT IS HEREBY ORDERED that:

1. Absent an agreement of the parties otherwise, Travelers shall conduct a formal site inspection of the subject property on **April 25, 2019**, at 9:30 a.m. The inspection shall

---

[1] This action has been referred to the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). (See ECF No. 57.)

1

go forward whether or not plaintiff is able to personally attend, and plaintiff shall make appropriate arrangements to ensure that Travelers has the necessary access to conduct the inspection.

2. Third party Debby Naiman shall appear for a deposition on **May 2, 2019**, at 9:30 a.m., in Sacramento, California. She shall also produce all documents responsive to document requests that accompanied the subpoena served on her.

3. **Within seven (7) days** of April 18, 2019, plaintiff shall clarify to Travelers' counsel the scope of his claims and requested damages, including but not limited to, whether plaintiff claims that the subject property is his primary residence and whether he claims any loss of use damages following the incident at issue.

4. Plaintiff shall contact Travelers' counsel on **April 26, 2019**, at 10:00 a.m., to further meet and confer regarding the scope of plaintiff's claims and requested damages, and whether Travelers' written discovery requests can be narrowed in light of such clarification and meet-and-confer efforts.

5. Except as to interrogatories and requests for production which the parties agree may be withdrawn in light of such meet-and-confer efforts, plaintiff shall serve supplemental responses to Travelers' interrogatories and requests for production of documents no later than **May 9, 2019**, unless a different date is stipulated to by the parties. Importantly, responses shall <u>specifically indicate for each request</u> whether (a) all responsive documents or information in plaintiff's possession, custody, or control are produced (accompanied by the production of such documents or information); (b) no responsive documents or information exist in plaintiff's possession, custody, or control; and/or (c) whether any documents or information are being withheld (in which case the responses shall be accompanied by a proper privilege log).

6. **Plaintiff's failure to make the property available for inspection on the date/time ordered, or to otherwise comply with this order, may result in a recommendation that this action be dismissed with prejudice for failure to comply with court**

*////*

2

**orders.**

IT IS SO ORDERED.

Dated: April 19, 2019

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE