UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ROYCE STOLZ, II,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY, et al.<br><br>Defendants. | No. 2:18-cv-1923-KJM-KJN (PS)<br><br><br><br>ORDER |

An evidentiary hearing in this matter is scheduled for May 17, 2019, at 9:00 a.m. (See ECF No. 64.) Two of the witnesses ordered to appear are plaintiff and John Sargetis. (Id.) At the April 18, 2019 hearing in this matter, the undersigned expressed grave concerns about Mr. Sargetis serving as plaintiff's counsel at the evidentiary hearing. (See ECF No. 67 at 18.)

Nonetheless, on May 6, 2019, without leave of the court or notice to opposing counsel, Mr. Sargetis added himself as plaintiff's counsel on the electronic docketing system, and filed plaintiff's declaration in support of plaintiff's position for the evidentiary hearing. (See ECF No. 68.) When questioned by the Clerk's Office about this filing, Mr. Sargetis responded that he was specially representing plaintiff for a motion.

This conduct blatantly disregards the concerns expressed by the court. What is more, Mr. Sargetis' attempted special appearance does not comply with the Local Rules. See E.D. Cal. L.R.

1

182.  Most notably, the document Mr. Sargetis filed does not include his signature or any other indication that he filed it on behalf of plaintiff.  E.D. Cal. L.R. 182(a)(2).  Additionally, Mr. Sargetis did not file and serve any formal substitution of attorneys.  E.D. Cal. L.R. 182(g).

Therefore, the filing of plaintiff's declaration (ECF No. 68) was deficient.  Because allowing the declaration will not prejudice defendants and because plaintiff proceeds pro se, the court does not strike the declaration.

However, plaintiff and Mr. Sargetis are admonished that **any further failure to follow an order of the court, the Local Rules, or any other applicable law may result in sanctions, including the termination of this case with prejudice**.  As the Local Rules explain, "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."  E.D. Cal. L.R. 110.  "Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil or Criminal Procedure, these Rules, and all other applicable law.  All obligations placed on 'counsel' by these Rules apply to individuals appearing in propria persona.  Failure to comply therewith may be ground for dismissal, judgment by default, or any other sanction appropriate under these Rules."  E.D. Cal. L.R. 183(a).

Mr. Sargetis is further admonished that any further failure on his part may result in a referral to the California State Bar, in addition to monetary sanctions.

Accordingly, IT IS HEREBY ORDERED that:

1. John Sargetis shall not appear as counsel for plaintiff for any purpose in this matter, including the filing of documents, unless and until he first requests and receives permission from the court.
2. The Clerk of Court shall send a copy of this order, and a change of address form, to plaintiff at P.O. Box 1300, Fair Oaks, California 95628.

IT IS SO ORDERED.

Dated:  May 8, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE