UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ROYCE STOLZ, II,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS COMMERCIAL<br>INSURANCE COMPANY, et al.,<br><br>Defendants. | No. 2:18-cv-1923-KJM-KJN<br><br><br><br>ORDER |

On June 13, 2019, the court conducted a hearing with respect to Travelers' motion to enforce the court's prior order, based upon plaintiff's failure to provided adequate supplemental discovery responses. (ECF No. 76.) Plaintiff filed an untimely response to the motion. (ECF No. 82.) At the hearing, attorney Ben-Thomas Hamilton appeared on behalf of plaintiff Edward Stolz, II, who was also present. Edward Murphy appeared on behalf of Travelers.

The court directed the parties to meet and confer directly following the hearing to discuss defendant's outstanding discovery requests. After carefully considering the parties' written briefing and oral argument, and for the reasons stated on the record at the hearing, IT IS HEREBY ORDERED that:

1. Travelers' motion to enforce the court's prior order regarding plaintiff's responses to

1

discovery (ECF No. 76) is GRANTED IN PART and DENIED IN PART WITHOUT PREJUDICE.

2. Within **fourteen (14) days** of this order, plaintiff Edward Stolz, II shall personally pay Travelers $1,725.00 in monetary sanctions for his conduct that necessitated Travelers' motion, as articulated on the record.

3. Within **twenty-one (21) days** of this order, plaintiff shall serve supplemental responses to Travelers' interrogatories and requests for production of documents as previously ordered (see ECF No. 65), except as to any interrogatories and requests for production that the parties agree may be withdrawn in light of meet-and-confer efforts. Importantly, plaintiff has waived all objections, except as to privacy.

4. If necessary, after the production of such discovery, the court will entertain a renewed motion from Travelers regarding issue sanctions, as articulated on the record.

IT IS SO ORDERED.

Dated: June 14, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE