# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ROYCE STOLZ, II, an individual,<br>　　　　Plaintiff,<br>　　v.<br>TRAVELERS COMMERCIAL INSURANCE COMPANY, a Connecticut corporation, MATT D. KNIFTON, an individual, and Does 1 through 25, inclusive<br>　　　　Defendants. | Case No. 2:18-CV-01923-KJM-KJN<br><br>**ORDER CONTINUING DISCOVERY DEADLINES** |

The attached stipulation continuing discovery dates is hereby approved. The revised deadlines laid out in the stipulation are adopted by this Court.

**IT IS HEREBY ORDERED AS FOLLOWS:**

(1) The initial disclosure of expert witnesses will now be due on August 21, 2019;

(2) The deadline to complete discovery will now be September 4, 2019;

(3) Rebuttal expert designations will be due September 9, 2019; and

/ / /

/ / /

**1**

Order　　　　　　　　　　　　　　　　　　　　　Case No. 2:18-CV-01923-KJM-KJN

(4) Expert discovery is to be completed by October 7, 2019.

Dated: July 19, 2019

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE