UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ROYCE STOLZ, II, | No. 2:18-cv-1923-KJM-KJN |
| Plaintiff, | |
| v. | ORDER |
| TRAVELERS COMMERCIAL INSURANCE COMPANY, et al. | |
| Defendants. | |

On July 19, 2019, the court conducted a further evidentiary hearing with respect to plaintiff's opposition to Travelers' January 8, 2019 ex parte application for sanctions. (ECF No. 35.) At the hearing, Ben-Thomas Hamilton appeared on behalf of plaintiff Edward Stolz, II and Edward Murphy appeared on behalf of Travelers. Third parties Jeremey Ross and Debby Naiman were also present.

For the reasons stated on the record at the hearing, IT IS HEREBY ORDERED that:

1. Within ten (10) days, Travelers shall provide the court with an accounting of attorneys' fees and costs incurred in relation to the pending ex parte application for sanctions and related evidentiary hearings; and

2. After the accounting is filed with the court, plaintiff shall submit any response within seven (7) days.

IT IS SO ORDERED.

Dated: July 24, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE