1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    EDWARD ROYCE STOLZ, II,                 No. 2:18-cv-1923-KJM-KJN

12              Plaintiff,                     <u>ORDER TO MEET AND CONFER,</u>
                                              <u>AND SUBMIT JOINT STATEMENT</u>
13         v.                                 <u>BY 9.3.19</u>

14    TRAVELERS COMMERCIAL
      INSURANCE COMPANY, et al.
15
                Defendants.
16

17         On August 29, 2019, the Court heard arguments on Defendant's Second Motion to

18    Enforce Order (ECF No. 105), Defendant's Ex Parte Application re: Trust Subpoena (ECF No.

19    107), Plaintiff's Ex Parte Application for Extension of Time (ECF No. 112), and the oppositions

20    thereto (ECF Nos. 106, 109, 111).  Attorney Ben Thomas-Hamilton appeared for Plaintiff, and

21    attorney Edward Murphy appeared on behalf of Travelers.

22         After discussing the issues at great length with the parties, it seems possible that the

23    parties can resolve a few key issues related to the above discovery motions.  Therefore, the Court

24    orders the parties to meet and confer regarding the following issues:

25         1.  Plaintiff shall inform Defendant whether he intends to drop his damages claims for

26             loss of use, additional living expenses, and 'diminution of value', which may obviate

27             the need for further discovery on Plaintiff's place(s) of residence both before and after

28             the alleged incident at the Patterson Way property.  If Plaintiff intends to seek any of

                                                1

these damages, the parties shall confer on a briefing schedule to address the relevance of Plaintiff's whereabouts in regard to each set of damages, and confer on a future hearing date, if necessary, to address these issues with the Court.

2. The parties shall confer on language for a proposed protective order regarding the sought–after Ravenswood Trust documents, and will also confer on the kinds of redactions to those documents that are acceptable to both parties. They shall then agree on a date by which Plaintiff will turn over to Defendant these Trust documents —which of course requires Plaintiff's Counsel to confirm with his client that Plaintiff is in fact searching for the documents.

3. The parties shall confer on Defendant's responses to Plaintiff's recently–propounded discovery requests, and shall come to an agreement on which responses are necessary now, which issues can be dropped from the interrogatories and document request, and which specific issues leave the parties at an impasse.

4. The parties shall also discuss any other outstanding or foreseeable discovery issues that either side intends to raise in the near future, as well as potential solutions to those disputes, and a proposed briefing schedule if necessary.

5. After resolving the above issues, the parties shall confer on any alterations to the pre–trial discovery that are needed.

After the parties have met and conferred on the above issues, they shall submit to the Court, by no later than Tuesday, September 3, 2019, at 4:00 p.m., a joint report that speaks to the above issues.

IT IS SO ORDERED.

Dated: August 30, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stol.1923

2