UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ROYCE STOLZ, II,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS COMMERCIAL<br>INSURANCE COMPANY, et al.<br><br>Defendants. | No. 2:18-cv-1923-KJM-KJN<br><br>ORDER<br><br>(ECF Nos. 105, 126) |

In this case, the Court previously ordered Plaintiff to produce certain documents and respond to certain interrogatories by October 4, 2019. (See ECF No. 121.) However, on September 27, counsel for Plaintiff filed a motion to withdraw as attorney and set the matter for a hearing before District Judge Mueller on November 1, 2019. (ECF No. 122.) In light of this pending motion, the undersigned recognizes the difficult position the parties are in regarding the Court's order regarding discovery. Thus, the Court orders the following:

1. Plaintiff Stolz is still required to pay the monetary sanctions as previously ordered. (See ECF No. 121, ordering Stolz to pay Travelers Counsel $1,225 in attorney fees).
2. All other discovery in this matter is stayed until the motion to withdraw has been resolved.
3. Once the district court has ruled on the withdrawal motion, the undersigned will set a status conference to discuss resuming discovery.

Dated: October 3, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE