UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ROYCE STOLZ, II,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS INSURANCE CO., et al.<br><br>Defendants. | No. 2:18-cv-1923-KJM-KJN<br><br>ORDER SETTING STATUS CONFERENCE |

Previously, the undersigned ordered Plaintiff to produce certain documents and respond to certain interrogatories. (See ECF No. 121.) After significant delays, Defendant renewed its motion to compel. (ECF No. 143.) The Court set a briefing schedule, obligating Plaintiff to respond by February 14, 2020, with any reply from Defendant due by February 21. (Id.) On February 12, Plaintiff requested a substitution of attorney, which was granted. (ECF Nos. 146, 147.) However, neither party has submitted any briefing regarding Defendant's renewed motion.

The undersigned ORDERS the parties to confer on scheduling an informal telephonic conference–and contact chamber's courtroom deputy for scheduling. The parties' two–page joint statement will be due by noon the day prior, addressing the status of Defendant's renewed motion and any conferral efforts by Plaintiff's new counsel.[1]

**DATED:** February 25, 2020

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Available times are Mar. 3 between 9 and 11am; Mar. 4 between 3 and 4pm; or Mar. 6 between 9 and 10am. See http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/5046/ for information on telephonic conferences.