UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ROYCE STOLZ, II,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS COMMERCIAL<br>INSURANCE COMPANY, et al.<br><br>Defendants. | No. 2:18-cv-1923-KJM-KJN<br><br>ORDER TO SUBMIT DOCUMENTS FOR IN CAMERA REVIEW<br><br>(ECF Nos. 159, 160) |

The court is in receipt of the parties' filings concerning a long-running discovery dispute over plaintiff's answers to three interrogatories and one request for production. (See ECF Nos. 105, 159, 160.) Given that resolution of this dispute hinges on plaintiff's responses, the court will conduct an in-camera review of these documents.

Defendant is ORDERED to submit to the court the documents turned over by plaintiff as part of his latest supplemental responses, as well as any previous documents submitted by plaintiff that defendant is relying on in support of its renewed second motion to enforce. If defendant submits documents outside of the most-recent set, the court requests counsel state when these documents were received.

Further, it appears many of these documents were submitted to defendant in redacted form. Because the court is also interested in the scope of the inquiry, plaintiff is ORDERED to submit to the court the unredacted versions of the documents he presented to defendant, as well as

1

any documents reviewed by counsel that formed the basis of plaintiff's supplemental responses. The court requests plaintiff's counsel distinguish between those documents submitted to defendant as part of his supplemental responses and those reviewed internally.

The parties shall submit their documents electronically to the magistrate judge's courtroom deputy, at **kjnorders@caed.uscourts.gov**. The deadline for these submissions is Wednesday, April 15, but the parties may transmit their submissions sooner if capable of doing so.[1]

SO ORDERED.

Dated: April 8, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stol.1923

---

[1] Given that this dispute is ongoing, the court will refrain from resetting deadlines, as stipulated and proposed by the parties. (See ECF No. 151.) Once this discovery dispute is resolved, the court will take up resetting the expert deadlines and dates for dispositive motions.