UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edward Royce Stolz II, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Travelers Commercial Insurance Company, a Connecticut corporation, et. al.,<br><br>Defendants. | No. 2:18-CV-01923-KJM-KJN<br><br>AMENDMENT TO THE SCHEDULING ORDER |

The parties jointly request (ECF No. 178) to amend dates in the pretrial scheduling order (ECF No. 176). Good cause appearing, the court GRANTS this request, as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Expert Disclosures | January 22, 2021 | March 26, 2021 |
| Rebuttal Expert Disclosures | February 22, 2021 | April 26, 2021 |
| Completion of Expert Discovery | March 22, 2021 | May 26, 2021 |
| All Dispositive Motions Hearing Date | April 16, 2021 | June 18, 2021 |

This amendment does not alter any other portions of the initial scheduling order (ECF No. 176). This order resolves ECF No. 178.

IT IS SO ORDERED.

DATED: December 14, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE