|     |     |
| --- | --- |
| 1   | NEWMEYER & DILLION LLP |
| 2   | JOSEPH A. FERRENTINO, CBN 162855<br>Joe.Ferrentino@ndlf.com |
| 3   | JOSHUA B. BEVITZ, CBN 221404<br>Joshua.Bevitz@ndlf.com |
| 4   | JACQUELINE V. MCCALLA, CBN 306009<br>Jacqueline.McCalla@ndlf.com |
| 5   | 895 Dove Street, Fifth Floor<br>Newport Beach, CA  92660 |
| 6   | Tel:  (949) 854-7000; Fax:  (949) 854-7099 |
| 7   | Attorneys for Plaintiff<br>EDWARD ROYCE STOLZ, II |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| EDWARD ROYCE STOLZ, II,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY, et al.,<br><br>Defendants. | CASE NO.:    2:18-cv-01923-KJM-KJN<br>District Judge:  Kimberly J. Mueller<br>Magistrate Judge:  Kendall J. Newman<br><br>[Originally filed in the El Dorado County Superior Court, PC 20180186]<br><br>**ORDER GRANTING EX PARTE APPLICATION TO CONTINUE AND MODIFY STIPULATED EXPERT DISCLOSURE, DISCOVERY AND OTHER DEADLINES**<br><br>FILE DATE:    07/11/2018<br>TRIAL DATE:   No Date Set |
| --- | --- |

After full consideration of the evidence and papers submitted, as well as upon the affidavit of counsel showing a satisfactory explanation for the need for the issuance of such an order of the Court,

IT IS HEREBY ORDERED that Plaintiff EDWARD ROYCE STOLZ, II's ("Plaintiff") *ex parte* application to continue and modify stipulated expert disclosure, discovery and other deadlines is GRANTED in part.  Additional expert disclosures due 45 days after order resolving ECF No. 179.  Parties will then submit a joint status report to reset remaining deadlines.

1 **IT IS SO ORDERED.**

2 DATED: March 11, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

