NEWMEYER & DILLION LLP
JOSEPH A. FERRENTINO, CBN 162855
Joe.Ferrentino@ndlf.com
JOSHUA B. BEVITZ, CBN 221404
Joshua.Bevitz@ndlf.com
895 Dove Street, Fifth Floor
Newport Beach, CA  92660
Tel:  (949) 854-7000; Fax:  (949) 854-7099

Attorneys for Plaintiff
EDWARD ROYCE STOLZ, II

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ROYCE STOLZ, II,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY, et al.,<br>Defendants. | CASE NO.:  2:18-cv-01923-KJM-KJN<br>District Judge:   Kimberly J. Mueller<br>Magistrate Judge:  Kendall J. Newman<br><br>[Originally filed in the El Dorado County Superior Court, PC 20180186]<br><br>**STIPULATION AND ORDER REGARDING JUDGMENT CREDITORS' LIEN**<br><br>**DATE:**<br>**TIME:**<br>**DEPT: 26**<br><br>FILE DATE: 07/11/2018<br>TRIAL DATE: No Date Set |

4786.101 / 9692629.1

STIPULATION AND ORDER

# STIPULATION

## I. RECITALS

WHEREAS, WB Music Corp., But Father, I Just Want to Sing Music, Hunterboro Music, Universal Polygram International Publishing, Inc., Sony ATV Tunes LLC, Obverse Creation Music, Nice Hair Publishing, Party Rock Music, Yeah Baby Music, ESKAYWHY Publishing, UH OH Entertainment, Divine Mill Music, Fingaz Goal Music, EMI April Music Inc., Hi Mom I Did It, Chebra Music, Universal Music Corp. (hereafter, the "Copyright Plaintiffs") pursued a copyright infringement action against Edward R. Stolz ("Mr. Stolz") and his business entities in the action WB Music Corp. v. Royce Int'l Broadcasting Corp., et al., case no. 5:16-cv-0600 JGB, Eastern Division of the Central District of California (hereafter the "Copyright Case");

WHEREAS, on 8-8-2018 the Copyright Plaintiffs obtained a judgment against Mr. Stolz in the amount of $1,249,563.46;

WHEREAS, on 9-11-18 the Copyright Plaintiffs filed a Notice of Lien in this case at Dkt. # 6;

WHEREAS, in 2021 Mr. Stolz paid the entirety of the judgment due to the Copyright Plaintiffs;

WHEREAS, on July 23, 2021, after receiving payment, the Copyright Plaintiffs filed an ACKNOWLEDGEMENT OF SATISFACTION OF JUDGMENT at Dkt. # 455 in the Copyright Case (see EXHIBIT "A" attached hereto);

## II. AGREEMENT

NOW THEREFORE, the undersigned parties do hereby stipulate, agree and request the Court Order as follows:

1. That the Court acknowledge that the judgment due and payable by Mr. Stolz to the Copyright Plaintiffs in the Copyright Case has been satisfied in full;

2. That the 9-11-2018 Notice of Lien in this case be dissolved and of no effect;

4786.101 / 9692629.1

STIPULATION AND ORDER

3. That the Copyright Plaintiffs be dismissed as Creditor Parties to this case, effectively immediately.

AGREED TO BY:

Dated: February 10, 2022			NEWMEYER & DILLION LLP

					By: */s/ Joshua B. Bevitz*
					   Joseph A. Ferrentino
					   Joshua B. Bevitz
					   Attorneys for Plaintiff
					   EDWARD ROYCE STOLZ, II


Dated: February 10, 2022			ARNOLD & PORTER LLP

					By: _____
					   Sharon D. Mayo
					   Attorneys for Copyright Plaintiffs
					   WB MUSIC CORP., BUT FATHER, I
					   JUST WANT TO SING MUSIC,
					   HUNTERBORO MUSIC, UNIVERSAL
					   POLYGRAM INTERNATIONAL
					   PUBLISHING, INC., SONY ATV
					   TUNES LLC, OBVERSE CREATION
					   MUSIC, NICE HAIR PUBLISHING,
					   PARTY ROCK MUSIC, YEAH BABY
					   MUSIC, ESKAYWHY PUBLISHING,
					   UH OH ENTERTAINMENT, DIVINE
					   MILL MUSIC, FINGAZ GOAL
					   MUSIC, EMI APRIL MUSIC INC., HI
					   MOM I DID IT, CHEBRA MUSIC,
					   UNIVERSAL MUSIC CORP.

ORDER

The Stipulation between the signatories for the Judgment Creditor's Lien is APPROVED. Based upon the foregoing stipulation and good cause appearing thereof, the Court orders as follows:

1. The judgment due and payable by Mr. Stolz to the Copyright Plaintiffs in the Copyright Case has been satisfied in full;

2. The 9-11-2018 Notice of Lien in this case is dissolved and of no effect; and

3. The Copyright Plaintiffs are to be dismissed as Creditor Parties to this case, effectively immediately.

IT IS SO ORDERED.

DATED: February 14, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE